IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GLEN NEWBY                                                                          PLAINTIFF

V.                                          4:13CV00474 JM

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA;
LOTSOLUTIONS, INC.; and
AIG CLAIMS, INC.                                                                 DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached between the parties, the Court finds the case should be dismissed. The Complaint and all claims against the Defendants are hereby dismissed with prejudice.

IT IS SO ORDERED this 11th day of March, 2014.

_____
James M. Moody, Jr.
United States District Judge